STATE OF NEW JERSEY v. GREGORY RAGLAND.

December 18, 1985.

Motion for rehearing is granted.   (See 101 *N.J.* 33 (1985))


SHIRLEY WILLIAMS v. C & M BAR & GRILL.

December 23, 1985.

Petition for certification denied.


ROBERT & RICHARD ASSOCIATES v. THE STATE OF NEW JERSEY, DIVISION OF PURCHASE & PROPERTY.

December 23, 1985.

Petition for certification denied.   (See 202 *N.J.Super.* 352)


CULLEN BANKS v. CITY COUNCIL OF THE CITY OF TRENTON.

December 23, 1985.

Petition for certification denied.